UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JAMES GHAISAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:18-cv-954 |
| | ) | (TSE/MSN) |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THE UNITED STATES' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant, the United States of America, through undersigned counsel, hereby respectfully moves for dismissal of Plaintiffs' complaint in its entirety for lack of subject matter jurisdiction. The grounds for this motion are fully explained in the memorandum of law filed with the motion.

    Respectfully submitted,

    G. ZACHARY TERWILLIGER
    UNITED STATES ATTORNEY

By:     /s/
    DENNIS C. BARGHAAN, JR.
    Deputy Chief, Civil Division
    Assistant U.S. Attorney
    KIMERE J. KIMBALL
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Telephone: (703) 299-3891/3763
    Fax: (703) 299-3983
    Email: dennis.barghaan@usdoj.gov
    Email: kimere.kimball@usdoj.gov

DATE: October 2, 2018     ATTORNEYS FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to the following:

Stephen Arthur Fredley<br>
Thomas Gerard Connolly<br>
HARRIS WILTSHIRE & GRANNIS LLP<br>
sfredley@hwglaw.com<br>
tconnolly@hwglaw.com

                                                                   /s/
                                        KIMERE J. KIMBALL
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3763
Fax:       (703) 299-3983
Email:   kimere.kimball@usdoj.gov

ATTORNEY FOR THE UNITED STATES

DATE:  October 2, 2018